# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136118

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                       SC: 136118
                                       COA: 279599
                                       Gratiot CC: 03-004633-FC;
                                       03-004634-FC

DANIEL C. RADEMACHER,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

d0721

_____
Clerk